# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 29, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134153

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                     SC: 134153
                                                      COA: 272647
                                                      Wayne CC: 02-013450-01;
KENDALL LAMAR DONALDSON,                                   03-000437-01
        Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the April 20, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 29, 2007
                                                                _____
d1022                                                                       Clerk